IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.S. *et al.*, *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| COLONIAL SCHOOL DISTRICT, *Defendant* | : : : | No. 21-3952 |

## ORDER

AND NOW, this 8th day of July, 2022, upon consideration of Defendant's Motion to Supplement the Administrative Record (Doc. No. 14), Plaintiffs' Response (Doc. No. 18), Plaintiffs' Motion for Judgment on the Administrative Record (Doc. No. 16), Defendant's Response in Opposition (Doc. No. 20), Defendant's Motion for Judgment on the Administrative Record (Doc. No. 15), Plaintiffs' Response in Opposition (Doc. No. 19), and the oral argument held on March 15, 2022, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Defendant's Motion to Supplement the Administrative Record (Doc. No. 14) is **GRANTED**.

2. Plaintiffs' Motion for Judgment on the Administrative Record (Doc. No. 16) is **GRANTED**.

3. Defendant's Motion for Judgment on the Administrative Record (Doc. No. 15) is **DENIED**.

1

4. Within 21 days of the entry of this Order, the parties shall submit supplemental briefing and documentation limited to Plaintiffs' reasonable attorneys' fees, expert fees, and costs as the prevailing party on their Individuals with Disabilities Education Act claim.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE